# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAN VAN VELKINBURGH, and the marital
community of DAN VAN VELKINBURGH
and JANE DOE VAN VELKINBURGH,

       PLAINTIFFS

        v.

DANIEL WULICK, ALLEY MYRON,
and their respective marital communities,
if any; and the PIERCE COUNTY SHERIFF'S
DEPARTMENT,

       DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5050FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Defendants' Motion for Summary Judgment [Dkt. # 32] is GRANTED and Plaintiffs' federal claims are DISMISSED.

2. The Court declines to exercise supplemental jurisdiction over Plaintiffs' state claims, and they are DISMISSED.


August 15, 2008

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk